IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-cv-58-BO

| MARVA SPENCE SIMPSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT ORDER |
| v. | ) | |
| | ) | |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,114.00 for attorney fees and that the Treasury Judgment Fund should pay $350.00 arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay the sum of $4,114.00 and the Treasury Judgment Fund pay to Plaintiff's counsel $350.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This **10** day of **Feb**, 2015.

_Terrence Boyle_
United States Judge Terrence Boyle

CONSENTED TO:

Branch W. Vincent, III
Attorney at Law
NC State Bar Number: 13743
8 Juniper Trail
Southern Shores, NC 27949
Telephone: (252) 261-5477
Fax: (866) 535-0201
Email: bwvincent3@vincentlawfirm.net
Attorney for Plaintiff


Leo Montenegro
Attorney at Law
New York Bar
Social Security Administration
6401 Security Boulevard, Altmeyer Bldg.
Baltimore, Maryland 21235
Telephone: (410) 965-3153
Email Address: Leo.R.Monetnegro@ssa.gov
Attorney of Record for the Defendant